IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr324-WKW |
| | ) | [18 U.S.C. 2113(a)] |
| RICHARD EVANS | ) | |
| | ) | **INFORMATION** |

RECEIVED
2007 DEC 21 A 9:59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

The United States Attorney charges that:

<u>COUNT 1</u>

On or about the 5th day of September, 2006, within the Middle District of Pennsylvania, the defendant,

RICHARD A. EVANS,

by force, violence and intimidation did take from the person and presence of another, approximately $1,041.00 in currency belonging to and in the care, custody, control, management and possession of First Liberty Bank and Trust, located Scranton, Pennsylvania, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

*Clark Morris* (signature)
A. CLARK MORRIS
Assistant United States Attorney