IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr324-WKW |
| | ) | |
| RICHARD EVANS | ) | |

## ORDER

The court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act 18 U.S.C. §3004A. Accordingly, it is

ORDERED that the Federal Defender be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with the court.

DONE, this 2nd day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE