IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07cr324-WKW |
| | ) | |
| **RICHARD A. EVANS** | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **RICHARD A. EVANS,** by and through undersigned counsel, Donnie W. Bethel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 8th day of January, 2008.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:07cr324-WKW** |
| ) | |
| **RICHARD A. EVANS** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

A. Clark Morris, Esq.
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104

                  Respectfully submitted,

                  s/ Donnie W. Bethel
                  DONNIE W. BETHEL
                  Assistant Federal Defender
                  201 Monroe Street, Suite 407
                  Montgomery, Alabama 36104
                  Phone: (334) 834-2099
                  Fax: (334) 834-0353
                  E-mail:don_bethel@fd.org
                  IN Bar Code: 14773-49