AO 455 (Rev. 5/85)    Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

RICHARD EVANS

**WAIVER OF INDICTMENT**

Case Number: 2:07CR 324-WKW

I, RICHARD EVANS, the above named defendant, who is accused of violations of Title 18, United States Code, Section 2113(a) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___15 Jan 08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
        Judicial Officer